AMERICAN RESERVE INSURANCE COMPANY, Appellant, *v.* CHINA INSURANCE COMPANY, LIMITED, Respondent.

Submitted January 3, 1949; decided March 3, 1949.

*Arnold T. Koch* for motion.

*James B. Burke* and *J. Frederic Taylor* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.